<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7263**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DIOVANNI CORSINO, a/k/a Dee,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CR-95-
236-L, CA-98-1586-L)

———————————

Submitted:  July 27, 2000             Decided:  August 1, 2000

———————————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Diovanni Corsino, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Robert Reeves Harding, Assistant United States
Attorney, Baltimore, Maryland, For Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Diovanni Corsino seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Corsino, Nos. CR-95-236-L; CA-98-1586-L (D. Md. Aug. 17, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on August 16, 1999, the district court's records show that it was entered on the docket sheet on August 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).